UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMIE HAYES, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 16-2681 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| CAPE MAY COUNTY CORRECTIONAL | : | |
| CENTER'S C.E.O., et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Defendants. | : | |

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On December 30, 2016, this matter was administratively terminated as plaintiff's application to proceed *in forma pauperis* was denied without prejudice, and plaintiff had not paid the filing fee. Thereafter, this Court received another application to proceed *in forma pauperis* from plaintiff. This case was subsequently reopened.

Plaintiff lists his address of record in this case as the Cape May Court House Correctional Center, 4 Moore Road, Cape May Courthouse, NJ 08210. Plaintiff had other cases pending before this Court, Civ. Nos. 16-9156 & 17-0615. Plaintiff listed the same address of record in both of those cases as he does in this case. However, recently, those cases were administratively terminated because mail sent to plaintiff at his address of record at the Cape May Course House Correctional Center was returned to this Court as undeliverable. Therefore, prior to this Court ruling on plaintiff's application to proceed *in forma pauperis* in this case, petitioner shall be ordered to reaffirm his address of record with this Court before being able to proceed. This will confirm that plaintiff has complied with the Local Rules. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk.").

2

Accordingly, IT IS this 17th day of February, 2017,

ORDERED that plaintiff shall have twenty-one (21) days in which to file a letter with this Court confirming plaintiff's address of record; and it is further

ORDERED that plaintiff's failure to comply with this Order may cause this Court to administratively terminate this action; and it is further

ORDERED that the Clerk shall serve this Order on plaintiff by regular U.S. mail.

                    s/Robert B. Kugler
                    ROBERT B. KUGLER
                    United States District Judge